UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Terry Warren Upchurch        Docket No. 5:16-CR-27-1FL

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terry Warren Upchurch, who, upon an earlier plea of guilty to Conspiracy to Distribute 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 846, and Use of a Firearm in Relation to Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c) and 2, was sentenced in the Eastern District of Virginia by the Honorable John A. MacKenzie, U.S. District Judge, on October 31, 1995, to the custody of the Bureau of Prisons for a term of 248 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Terry Warren Upchurch was released from custody on June 24, 2013, at which time the term of supervised release commenced. On September 22, 2015, a Violation Report was submitted to the Eastern District of Virginia advising that Upchurch tested positive for cocaine on September 4, 2015. He signed an admission of drug use form acknowledging that he used powder cocaine on September 2, 2015. Upchurch was verbally reprimanded for his drug use, counseled about his actions, and referred for a substance abuse assessment. The probation officer recommended to continue supervision and transfer jurisdiction, which was completed on January 29, 2016. On May 16, 2016, a Petition for Action was submitted advising that the defendant reported to the probation office on May 13, 2016, and signed an admission of drug use form acknowledging that he used cocaine on May 12, 2016. As a sanction for this violation, the court ordered that Upchurch be placed on the home detention program for a period of 30 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Recently, the probation officer received information that the defendant may have contraband at his residence. During an office visit on July 6, 2016, Upchurch denied any illegal activity, and he stated that he had nothing to hide. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her, person and premises, including any vehicle, to determine compliance with the conditions, of this judgment.

> Except as herein modified, the judgment shall remain in full force and effect.

**Terry Warren Upchurch**
**Docket No. 5:16-CR-27-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: July 6, 2016

### ORDER OF THE COURT

Considered and ordered this __7th__ day of ___July___, 2016 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge